IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>DAVID VERNARD GREER AKA DAVID VERNARD GREER, SR.,<br><br>Debtor. | CASE NO. 20-60083-jrs<br><br>CHAPTER: 13<br><br>JUDGE: HONORABLE JAMES R. SACCA |

OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE

COMES NOW HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-A, Mortgage-Backed Certificates, Series 2006-A, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 148 Drake Way Stockbridge GA 30281, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. Creditor anticipates filing a pre-petition arrearage claim in the approximate amount of $4,600.33, more particularly described in the proof of claim once filed. The plan calls for an estimated pre-petition arrearage amount of $2,700.00 with monthly disbursements on this claim in the amount of $20.00 increasing to $52.00 to start September 2020. Debtor has underestimated theamount of the arrearage due to the Creditor, and for this reason, Creditor objects.

2. Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to

dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ _____
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: amccullen@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>DAVID VERNARD GREER AKA DAVID VERNARD GREER, SR.,<br><br>Debtor. | Case No. 20-60083-JRS<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 6, 2020, I served a copy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE which was filed in this bankruptcy matter on February 6, 2020, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Matthew Thomas Berry

Nancy J. Whaley

**The following parties have been served via U.S. First Class Mail**:

David Vernard Greer
148 Drake Way
Stockbridge, GA 30281

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: February 6, 2020

Signature: /s/Tori Ward
Printed Name: TORI WARD
Address:   Aldridge Pite, LLP
           4375 Jutland Drive, Suite 200
           P.O. Box 17933
           San Diego, CA 92177-0933
Phone:    (858) 750-7600
Fax:      (619) 590-1385