# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 20-60083-JRS |
| DAVID VERNARD GREER, SR., | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |

## VOLUNTARY DISMISSAL

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and moves this Court to DISMISS the instant case without prejudice.

Respectfully submitted,

/s/
Susan H. Senay
GA Bar No. 374402
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
susan@mattberry.com

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

David V. Greer, Sr.
148 Drake Way
Stockbridge GA 30281

(Plus to all Creditors on the attached Creditor Mailing Matrix)

This the 16th day of February, 2021.

/s/
Susan H. Senay
GA Bar No. 374402
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-60083-jrs<br>Northern District of Georgia<br>Atlanta<br>Tue Mar 16 11:46:37 EDT 2021 | 1st Franklin Financial<br>ATTN: Bankruptcy Dept.<br>P.O. Box 880<br>Toccoa, GA 30577-0880 | 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>P.O. Box 880<br>Toccoa, GA 30577-0880 |
| Associated Credit Unio<br>6251 Crooked Creek Rd<br>Norcross, GA 30092-3107 | Associated Credit Union<br>c/o Thompson, O'Brien, Kemp & Nasuti, PC<br>40 Technology Parkway South Suite 300<br>Peachtree Corners, GA 30092-2924 | Matthew Thomas Berry<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway, NE<br>Atlanta, GA 30324-5457 |
| Brenda Greer<br>c/o DeKalb County<br>Division of Child Support Services<br>2910 Miller Road, #100<br>Decatur, GA 30035-4264 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cbna<br>Attn: Centralized Bankruptcy<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Credit One Bank<br>ATTN: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Jayson R. Davis<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 |
| Division of Child Support Services<br>2910 Miller Road<br>Suite 100<br>Decatur, GA 30035-4264 | FedLoan Servicing<br>Attn: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | David Vernard Greer<br>148 Drake Way<br>Stockbridge, GA 30281-2108 |
| HSBC Bank USA, N.A.<br>PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Brian K. Jordan<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Ladonya M. Horton<br>2910 Miller Road<br>Suite 100<br>Decatur, GA 30035-4264 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Andrew Houston McCullen<br>Aldridge Pite LLP<br>Suite 500, Fifteen Piedmont Center<br>3575 Piedmont Road NE<br>Atlanta, GA 30305-1636 |
| Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, PC<br>Suite 300<br>40 Technology Parkway South<br>Peachtree Corners, GA 30092-2924 | Navy FCU<br>Attn: Bankruptcy Dept<br>PO Box 3000<br>Merrifield, VA 22119-3000 |
| Navy Federal Credit Union<br>PO Box 3000<br>Merrifield VA 22119-3000 | Ocwen<br>PO Box 6440<br>Carol Stream, IL 60197-6440 | Carrie L Oxendine<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Realty Resources Corporation<br>102 Hammond Drive<br>Atlanta, GA 30328-4806 |

| | | |
|---|---|---|
| Republic Finance<br>31 Georgia Hey 138 Suite<br>Stockbridge, GA 30281 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | Susan H. Senay<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 |
| Swan Lake Estates HOA<br>558 Lakeshore Drive<br>Stockbridge, GA 30281-2032 | Syncb/PPC<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Wells Fargo Bank N.A., dba Wells Fargo Auto<br>PO Box 130000<br>Raleigh, NC 27605-1000 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>PO Box 19657<br>Irvine, CA 92623-9657 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |
| R. Brian Wooldridge<br>Mann & Wooldridge<br>PO Box 310<br>Newnan, GA 30264-0310 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Republic Finance, LLC<br>282 Tower Rd<br>Ponchatoula, La 70454 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Associated Credit Union | (u)HSBC BANK USA, NATIONAL ASSOCIATION | (du)HSBC Bank USA, National Association |
| (u)PHH Mortgage Corporation | (u)Realty Resources Corp | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |

End of Label Matrix
Mailable recipients     39
Bypassed recipients      6
Total                   45